# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **DOCKET NO. 06-20056** |
| **VS.** | **:** | **JUDGE MINALDI** |
| **RODNEY D. WILLIAMS** | **:** | **MAGISTRATE JUDGE WILSON** |

## ORDER

A hearing to determine the defendant's mental capacity is to be held if there "is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). Before the hearing, the court may order a psychiatric examination of the defendant and have the report filed as part of the record. 18 U.S.C. § 424 1(b).

Based on observations and conversations, counsel for the defendant believes the defendant may be suffering from a mental defect which prevents him from assisting in his defense. The government does not oppose the defendant's motion for a psychiatric evaluation. The court finds that the court's observations and defense counsel's observations provide reasonable cause to believe the defendant may presently be suffering from a mental defect rendering him mentally incompetent to participate in these proceedings.

IT IS THEREFORE ORDERED that pursuant to 18 U.S.C. § 4241, the defendant shall submit to a psychiatric examination and evaluation by the appropriate Federal Medical Center

designated by the United States Bureau of Prisons and the report from the same shall be filed

with the court pursuant to 18 U.S.C. § 4247(b) and (c);

IT IS FURTHER ORDERED that the United States Marshal shall transport the defendant

to the Medical Center designated by the Bureau of Prisons;

IT IS FURTHER ORDERED that the examination and evaluation reports shall be

forwarded in writing to:


Hon. Alonzo P Wilson
611 Broad Street, Suite 209
Lake Charles, LA 70601

Clerk of the District Court
300 Fannin Street, Suite 1167
Shreveport, LA 71101

James McManus, Assistant U.S. Attorney
800 Lafayette St. Ste. 2200
Lafayette, LA 70501

Rob Marin
Federal Public Defenders Office
102 Versailles Blvd Ste. 816
Lafayette, LA 70501

Dated this 23rd day of May, 2006, Lake Charles, Louisiana.


ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE